## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-11372 |
| Christo J. Gizelis | Chapter 13 |
| Debtor. | Judge Frank J. Bailey |

### REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

Please take notice that D. Anthony Sottile, as authorized agent for Partners for Payment Relief DE II, LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

D. Anthony Sottile
Authorized Agent for Partners for Payment Relief DE II, LLC,
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

Dated: June 4, 2019

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

I certify that on June 4, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

Thomas Benner, Debtor's Counsel
tbenner@tbennerlaw.com

Carolyn Bankowski, Chapter 13 Trustee
13trustee@ch13boston.com

Office of the United States Trustee
ustpregion01.bo.ecf@usdoj.gov

I further certify that on June 4, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Christo J. Gizelis, Debtor
46 Milford Dr
Pembroke, MA 02359

_____
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com